## United States Bankruptcy Court
## Central District of California

411 West Fourth Street, Suite 2030, Santa Ana, CA 92701−4593

# NOTICE OF NON−ENTITLEMENT TO DISCHARGE
# PURSUANT TO 11 U.S.C. SECTION 1328(f)(1) OR 1328(f)(2)

**DEBTOR(S) INFORMATION:**
Teofila Cabanilla
**SSN:** xxx−xx−0970
**EIN:** N/A

2145 W Pacific Ave
Anaheim, CA 92804

**BANKRUPTCY NO.** 8:12−bk−15853−TA
**CHAPTER** 13

To the Debtor(s), Debtor(s)' Attorney (if any), and Other Interested Parties:

It appears that a discharge has been granted to the above−named Debtor(s) under 11 U.S.C. Section 727, 11 U.S.C. Section 1141, or 11 U.S.C. Section 1228 in a case commenced within four years before the filing of the above pending case, or under 11 U.S.C. Section 1328 in a case commenced within two years before the filing of the above pending case. Pursuant to 11 U.S.C. Section 1328(f)(1) or 1328(f)(2), the debtor(s) is not eligible for a discharge in the above−captioned case.

Dated: June 8, 2018

By The Court,

**Kathleen J. Campbell**
Clerk of Court

(Form van131 10/06 rev. 06/07) VAN−131

**52 / COR**